IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


ANNE MARIE BAGBY,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

3:10-cv-1581-PK

ORDER


Tim Wilborn
WILBORN LAW OFFICE, P.C.
P.O. Box 2768
Oregon City, Oregon 97045

    Attorney for Plaintiff

Adrian L. Brown
U.S. ATTORNEY'S OFFICE
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204

Gerald J. Hill
SOCIAL SECURITY ADMINISTRATION

1 - ORDER

701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104

      Attorneys for Defendants

HERNANDEZ, District Judge:

      Magistrate Judge Paul Papak issued a Findings and Recommendation (doc. #21) on February 7, 2012, recommending the Commissioner's final decision in connection with Plaintiff's July 27, 2005, application for Title XVI supplemental security income disability benefits ("SSI Benefits") be affirmed.

      Plaintiff timely filed objections to the Magistrate Judge's Findings and Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.

      When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna–Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). I have carefully considered Plaintiff's objections and conclude that the objections do not provide a basis to modify the Findings and Recommendation.  I have also reviewed the pertinent portions of the record de novo and find no error in the Magistrate Judge's Findings and Recommendation.

/ / /

/ / /

2 - ORDER

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings and Recommendation (doc. #21).  Accordingly, the Commissioner's final decision in connection with Plaintiff's July 27, 2005, application for SSI Benefits is affirmed.

IT IS SO ORDERED.

DATED this  3rd  day of April, 2012.

                                          s/Marco A. Hernandez
                                        MARCO A. HERNANDEZ
                                         United States District Judge

3 - ORDER